AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▾

| | |
|---|---|
| Trustees of the United Association National Pension Fund, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-01555-MSN-LRV |
| First-Choice Plumbing, LLC ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* July 23, 2024

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/10/25

CLERK OF COURT

_____ 7/16/25
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE UNITED
ASSOCIATION NATIONAL PENSION
FUND, *et al.*,

    Plaintiffs,

v.

FIRST-CHOICE PLUMBING, LLC
    Defendant.

Case No. 1:23-cv-01555 (MSN/LRV)

## ORDER

This matter comes before the Court on parties' Stipulated Consent Judgment (ECF 7). Upon the agreement of the parties, it is stipulated that judgment be entered in favor of Plaintiffs and against First Choice Plumbing. Accordingly, it is hereby

**ORDERED** that First Choice Plumbing acknowledges and agrees that the amounts owed to the Trustees of the United Association National Pension Fund ("UANPF") and Trustees of the International Training Fund ("ITF") (collectively "Funds") hereunder are plan assets of each respective Fund; and it is further

**ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to the Funds, $17,916.80 in unpaid monthly contributions for the months of January 2023 and April 2023 through November 2023 as determined by remittance reports received by the Funds and as set forth in Exhibit A hereto, representing $17,465.01 in contributions owed to the UANPF and $451.79 in contributions owed to the ITF; and it is further

**ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to the Funds, interest in the total amount of $1,090.43 as of January 23, 2024, representing $1,062.68 in interest to the UANPF and $27.75 to the ITF, in each case assessed at the rate of 12% per annum from the

date each contributions was due, but remained unpaid, through January 23, 2024, with interest continuing to accrue thereon as set forth in Exhibit A hereto; and it is further

**ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to the Funds, (1) liquidated damages in the total amount of $1,836.86, representing $1,746.50 in liquidated damages to the UANPF equal to 10% of each monthly contribution that was not timely paid, and $90.36 to the ITF equal to 20% of each monthly contribution that was not timely paid, all as set forth in Exhibit A hereto; and it is further

**ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to Plaintiffs, $2,500.00 in reasonable attorneys' fees and $755.00 in costs incurred in this action; and it is further

**ORDERED** that First Choice Plumbing shall pay to Plaintiffs any additional attorneys' fees and costs incurred by Plaintiffs in enforcing or executing on this Consent Judgment; and it is further

**ORDERED** that this Consent Judgment is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Judgment may be enforced by Plaintiffs in any court of competent jurisdiction; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to address any dispute arising hereunder.

The Clerk is directed to close this civil action.

It is **SO ORDERED**.

/s/  
Michael S. Nachmanoff  
United States District Judge

Hon. Michael S. Nachmanoff  
United States District Judge

Alexandria, Virginia  
July 22, 2024

A TRUE COPY, TESTE:  
CLERK, U.S. DISTRICT COURT  
BY _____ 7/16/25  
DEPUTY CLERK

# EXHIBIT A

# FIRST CHOICE PLUMBING

## SUMMARY OF DAMAGES

**Amounts Owed Pursuant to Contribution Reports Received by the Fund Office**

| Type | Amount |
|---|---|
| *Unpaid Contributions (NPF)* | |
| January 2023 | $2,473.08 |
| April 2023 - November 2023 | $14,991.93 |
| Total | *$17,465.01* |
| *Unpaid Contributions (ITF)* | |
| January 2023 | $68.35 |
| April 2023 - November 2023 | $383.44 |
| Total | *$451.79* |
| Total Unpaid Contributions (NPF + ITF) | *$17,916.80* |
| *Interest Assessed on Unpaid Contributions (NPF)* | |
| January 2023 | $275.03 |
| April 2023 - November 2023 | $787.65 |
| | *$1,062.68* |
| *Interest Assessed on Unpaid Contributions (ITF)* | |
| January 2023 | $7.60 |
| April 2023 - November 2023 | $20.15 |
| | *$27.75* |
| Total Interest (NPF + ITF) | *$1,090.43* |
| *Liquidated Damages (NPF)* | |
| January 2023 | $247.31 |
| April 2023 - November 2023 | $1,499.19 |
| | *$1,746.50* |
| *Liquidated Damages (ITF)* | |
| January 2023 | $13.67 |
| April 2023 - November 2023 | $76.69 |
| | *$90.36* |
| Total LDs (NPF + ITF) | *$1,836.86* |
| *Attorneys' Fees and Costs* | |
| Attorneys' Fees | $2,500.00 |
| Costs | $755.00 |
| | **$3,255.00** |
| **TOTAL** | **$24,099.09** |

First Choice Plumbing

**NATIONAL PENSION FUND**
Interest Assessed at the Rate of 12% Per Annum
Liquidated Damages (10%)
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

Local 68

| DATE | REPORTS/ NO MONEY | REPORTS/ SHORTAGE | TOTAL CONTRIB. PAID | TOTAL CONTRIB. OWED | TOTAL LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-23 | $2,473.08 | $0.00 | $0.00 | $2,473.08 | $247.31 | 0.033% | $0.82 | 20-Feb-23 | 23-Jan-24 | 337 | $275.03 |
| Apr-23 | $2,671.51 | $0.00 | $0.00 | $2,671.51 | $267.15 | 0.033% | $0.88 | 20-May-23 | 23-Jan-24 | 248 | $218.64 |
| May-23 | $3,128.00 | $0.00 | $0.00 | $3,128.00 | $312.80 | 0.033% | $1.03 | 20-Jun-23 | 23-Jan-24 | 217 | $224.00 |
| Jun-23 | $1,560.09 | $0.00 | $0.00 | $1,560.09 | $156.01 | 0.033% | $0.51 | 20-Jul-23 | 23-Jan-24 | 187 | $96.27 |
| Jul-23 | $1,420.31 | $0.00 | $0.00 | $1,420.31 | $142.03 | 0.033% | $0.47 | 20-Aug-23 | 23-Jan-24 | 156 | $73.12 |
| Aug-23 | $1,938.38 | $0.00 | $0.00 | $1,938.38 | $193.84 | 0.033% | $0.64 | 20-Sep-23 | 23-Jan-24 | 125 | $79.96 |
| Sep-23 | $1,558.14 | $0.00 | $0.00 | $1,558.14 | $155.81 | 0.033% | $0.51 | 20-Oct-23 | 23-Jan-24 | 95 | $48.85 |
| Oct-23 | $1,651.98 | $0.00 | $0.00 | $1,651.98 | $165.20 | 0.033% | $0.55 | 20-Nov-23 | 23-Jan-24 | 64 | $34.89 |
| Nov-23 | $1,063.52 | $0.00 | $0.00 | $1,063.52 | $106.35 | 0.033% | $0.35 | 20-Dec-23 | 23-Jan-24 | 34 | $11.93 |
| **TOTALS** | $17,465.01 | $0.00 | | $17,465.01 | $1,746.50 | | | | | | $1,062.68 |

Contributions: $17,465.01
Liq. Damages: $1,746.50
Interest: $1,062.68

Grand Total: $20,274.19

829437.1

First Choice Plumbing

INTERNATIONAL TRAINING FUND
Interest Assessed at the Rate of 12% Per Annum
Liquidated Damages (20%)
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

Local 68

| DATE | REPORTS/ NO MONEY | REPORTS/ SHORTAGE | TOTAL CONTRIB. PAID | TOTAL CONTRIB. OWED | LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-23 | $68.35 | $0.00 | $0.00 | $68.35 | $13.67 | 0.033% | $0.02 | 20-Feb-23 | 23-Jan-24 | 337 | $7.60 |
| Apr-23 | $68.33 | $0.00 | $0.00 | $68.33 | $13.67 | 0.033% | $0.02 | 20-May-23 | 23-Jan-24 | 248 | $5.59 |
| May-23 | $80.00 | $0.00 | $0.00 | $80.00 | $16.00 | 0.033% | $0.03 | 20-Jun-23 | 23-Jan-24 | 217 | $5.73 |
| Jun-23 | $39.90 | $0.00 | $0.00 | $39.90 | $7.98 | 0.033% | $0.01 | 20-Jul-23 | 23-Jan-24 | 187 | $2.46 |
| Jul-23 | $36.33 | $0.00 | $0.00 | $36.33 | $7.27 | 0.033% | $0.01 | 20-Aug-23 | 23-Jan-24 | 156 | $1.87 |
| Aug-23 | $49.58 | $0.00 | $0.00 | $49.58 | $9.92 | 0.033% | $0.02 | 20-Sep-23 | 23-Jan-24 | 125 | $2.05 |
| Sep-23 | $39.85 | $0.00 | $0.00 | $39.85 | $7.97 | 0.033% | $0.01 | 20-Oct-23 | 23-Jan-24 | 95 | $1.25 |
| Oct-23 | $42.25 | $0.00 | $0.00 | $42.25 | $8.45 | 0.033% | $0.01 | 20-Nov-23 | 23-Jan-24 | 64 | $0.89 |
| Nov-23 | $27.20 | $0.00 | $0.00 | $27.20 | $5.44 | 0.033% | $0.01 | 20-Dec-23 | 23-Jan-24 | 34 | $0.31 |
| TOTALS | $451.79 | $0.00 | | $451.79 | $90.36 | | | | | | $27.75 |

Contributions: $451.79
Liq. Damages: $90.36
Interest: $27.75

Grand Total: $569.89

829437.1