| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND<br>103 Oronoco Street<br>Alexanderia, VA 22314<br><br>And<br><br>TRUSTEES OF THE INTERNATIONAL TRAINING FUND<br>103 Oronoco Street<br>Alexandria VA 22314,<br>    Plaintiffs,<br><br>v.<br><br>FIRST-CHOICE PLUMBING, LLC<br>440 N. 18th Street<br>Beaumont, TX 77707,<br>    Defendant. | CIVIL ACTION NO. 1:25-mc-00006 |

## ABSTRACT OF JUDGMENT

I CERTIFY that the information provided below is a correct Abstract of Judgment entered in this District or registered in this District pursuant to 28 U.S.C. § 1963.

1. **Name of Party Judge is AGAINST:**
   FIRST-CHOICE PLUMBING, LLC
   440 N. 18th Street
   Beaumont, TS 77707

2. **Name of Party Judge is FOR:**
   TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND and TRUSTEES OF THE INTERNATIONAL TRAINING FUND
   103 Oronoco Street
   Alexandria VA 22314

3. **TXED Case #:**
   1:25-mc-00006

**4.     Judgment Total:** FOR A TOTAL AMOUNT OF $24,099.09.

      **ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to the Funds, $17,916.80 in unpaid monthly contributions for the months of January 2023 and April 2023 through November 2023 as determined by remittance reports received by the Funds and as set forth in Exhibit A hereto, representing $17,465.01 in contributions owed to the UANPF and $451.79 in contributions owed to the ITF; and it is further

      **ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to the Funds, interest in the total amount of $1,090.43 as of January 23, 2024, representing $1,062.68 in interest to the UANPF and $27.75 to the ITF, in each case assessed at the rate of 12% per annum from the date each contributions was due, but remained unpaid, through January 23, 2024, with interest continuing to accrue thereon as set forth in Exhibit A hereto; and it is further

      **ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to the Funds, (1) liquidated damages in the total amount of $1,836.86, representing $1,746.50 in liquidated damages to the UANPF equal to 10% of each monthly contribution that was not timely paid, and $90.36 to the ITF equal to 20% of each monthly contribution that was not timely paid, all as set forth in Exhibit A hereto; and it is further

      **ORDERED** that Plaintiffs are awarded, and First Choice Plumbing shall pay to Plaintiffs, $2,500.00 in reasonable attorneys' fees and $755.00 in costs incurred in this action.

**5.     Date of Judgment Entry:** July 23, 2024

**6.     Credits:** $0.00

SIGNED this __14th__ day of _____August_____, 2025.

                                                    DAVID A. O'TOOLE, Clerk of Court

*David A. O'Toole*
_____
Deputy Clerk Signature:

**EXHIBIT A**

# FIRST CHOICE PLUMBING

## SUMMARY OF DAMAGES

**Amounts Owed Pursuant to Contribution Reports Received by the Fund Office**

| Type | Amount |
|---|---|
| *Unpaid Contributions (NPF)* | |
| January 2023 | $2,473.08 |
| April 2023 - November 2023 | $14,991.93 |
| Total | *$17,465.01* |
| *Unpaid Contributions (ITF)* | |
| January 2023 | $68.35 |
| April 2023 - November 2023 | $383.44 |
| Total | *$451.79* |
| Total Unpaid Contributions (NPF + ITF) | *$17,916.80* |
| | |
| *Interest Assessed on Unpaid Contributions (NPF)* | |
| January 2023 | $275.03 |
| April 2023 - November 2023 | $787.65 |
| | *$1,062.68* |
| *Interest Assessed on Unpaid Contributions (ITF)* | |
| January 2023 | $7.60 |
| April 2023 - November 2023 | $20.15 |
| | *$27.75* |
| Total Interest (NPF + ITF) | *$1,090.43* |
| | |
| *Liquidated Damages (NPF)* | |
| January 2023 | $247.31 |
| April 2023 - November 2023 | $1,499.19 |
| | *$1,746.50* |
| *Liquidated Damages (ITF)* | |
| January 2023 | $13.67 |
| April 2023 - November 2023 | $76.69 |
| | *$90.36* |
| Total LDs (NPF + ITF) | *$1,836.86* |
| | |
| *Attorneys' Fees and Costs* | |
| Attorneys' Fees | $2,500.00 |
| Costs | $755.00 |
| | **$3,255.00** |
| | |
| **TOTAL** | **$24,099.09** |

First Choice Plumbing

NATIONAL PENSION FUND
Interest Assessed at the Rate of 12% Per Annum
Liquidated Damages (10%)
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

Local 68

| DATE | REPORTS/ NO MONEY | REPORTS/ SHORTAGE | TOTAL CONTRIB. PAID | TOTAL CONTRIB. OWED | LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-23 | $2,473.08 | $0.00 | $0.00 | $2,473.08 | $247.31 | 0.033% | $0.82 | 20-Feb-23 | 23-Jan-24 | 337 | $275.03 |
| Apr-23 | $2,671.51 | $0.00 | $0.00 | $2,671.51 | $267.15 | 0.033% | $0.88 | 20-May-23 | 23-Jan-24 | 248 | $218.64 |
| May-23 | $3,128.00 | $0.00 | $0.00 | $3,128.00 | $312.80 | 0.033% | $1.03 | 20-Jun-23 | 23-Jan-24 | 217 | $224.00 |
| Jun-23 | $1,560.09 | $0.00 | $0.00 | $1,560.09 | $156.01 | 0.033% | $0.51 | 20-Jul-23 | 23-Jan-24 | 187 | $96.27 |
| Jul-23 | $1,420.31 | $0.00 | $0.00 | $1,420.31 | $142.03 | 0.033% | $0.47 | 20-Aug-23 | 23-Jan-24 | 156 | $73.12 |
| Aug-23 | $1,938.38 | $0.00 | $0.00 | $1,938.38 | $193.84 | 0.033% | $0.64 | 20-Sep-23 | 23-Jan-24 | 125 | $79.96 |
| Sep-23 | $1,558.14 | $0.00 | $0.00 | $1,558.14 | $155.81 | 0.033% | $0.51 | 20-Oct-23 | 23-Jan-24 | 95 | $48.85 |
| Oct-23 | $1,651.98 | $0.00 | $0.00 | $1,651.98 | $165.20 | 0.033% | $0.55 | 20-Nov-23 | 23-Jan-24 | 64 | $34.89 |
| Nov-23 | $1,063.52 | $0.00 | $0.00 | $1,063.52 | $106.35 | 0.033% | $0.35 | 20-Dec-23 | 23-Jan-24 | 34 | $11.93 |
| TOTALS | $17,465.01 | $0.00 | | $17,465.01 | $1,746.50 | | | | | | $1,062.68 |

Contributions: $17,465.01
Liq. Damages: $1,746.50
Interest: $1,062.68

Grand Total: $20,274.19

828437.1

First Choice Plumbing

INTERNATIONAL TRAINING FUND
Interest Assessed at the Rate of 12% Per Annum
Liquidated Damages (20%)
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

Local 68

| DATE | REPORTS/ NO MONEY | REPORTS/ SHORTAGE | TOTAL CONTRIB. PAID | TOTAL CONTRIB. OWED | LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-23 | $68.35 | $0.00 | $0.00 | $68.35 | $13.67 | 0.033% | $0.02 | 20-Feb-23 | 23-Jan-24 | 337 | $7.60 |
| Apr-23 | $68.33 | $0.00 | $0.00 | $68.33 | $13.67 | 0.033% | $0.02 | 20-May-23 | 23-Jan-24 | 248 | $5.59 |
| May-23 | $80.00 | $0.00 | $0.00 | $80.00 | $16.00 | 0.033% | $0.03 | 20-Jun-23 | 23-Jan-24 | 217 | $5.73 |
| Jun-23 | $39.90 | $0.00 | $0.00 | $39.90 | $7.98 | 0.033% | $0.01 | 20-Jul-23 | 23-Jan-24 | 187 | $2.46 |
| Jul-23 | $36.33 | $0.00 | $0.00 | $36.33 | $7.27 | 0.033% | $0.01 | 20-Aug-23 | 23-Jan-24 | 156 | $1.87 |
| Aug-23 | $49.58 | $0.00 | $0.00 | $49.58 | $9.92 | 0.033% | $0.02 | 20-Sep-23 | 23-Jan-24 | 125 | $2.05 |
| Sep-23 | $39.85 | $0.00 | $0.00 | $39.85 | $7.97 | 0.033% | $0.01 | 20-Oct-23 | 23-Jan-24 | 95 | $1.25 |
| Oct-23 | $42.25 | $0.00 | $0.00 | $42.25 | $8.45 | 0.033% | $0.01 | 20-Nov-23 | 23-Jan-24 | 64 | $0.89 |
| Nov-23 | $27.20 | $0.00 | $0.00 | $27.20 | $5.44 | 0.033% | $0.01 | 20-Dec-23 | 23-Jan-24 | 34 | $0.31 |
| TOTALS | $451.79 | $0.00 | | $451.79 | $90.36 | | | | | | $27.75 |

Contributions: $451.79
Liq. Damages: $90.36
Interest: $27.75

Grand Total: $569.89

829437.1